**Edward Hassan GRAHAM, a/k/a
Edward Leon Graham,
Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Virginia Department of Corrections,
Respondent–Appellee.**

No. 01–7460.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 20, 2001.

Edward Hassan Graham, pro se. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Edward Hassan Graham seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A.

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c)

§ 2254 (West 1994 & Supp.2001).* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *See Graham v. Angelone,* No. CA–00–741–2 (E.D. Va. June 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

